IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JIMMY L TAYLOR, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-CV-00438-TES-AGH |
| | * |
| SERGEANT GREG PENNYCUFF, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 26, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 27th day of December, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk