## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **JIMMY L TAYLOR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:24-cv-438-TES-AGH** |
| | : | |
| **SERGEANT GREG PENNYCUFF,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Before the Court are an amended complaint (ECF No. 13) and a motion for default judgment (ECF No. 14) filed by *pro se* Plaintiff Jimmy L. Taylor, a prisoner in the Wheeler Correctional Facility in Alamo, Georgia.  On December 26, 2024, the above-captioned case was dismissed as duplicative of another case filed by Plaintiff, *Taylor v. Pennycuff*, 5:24-cv-437-MTT-CHW (M.D. Ga. Nov. 27, 2024).  This case is therefore closed.  If Plaintiff seeks to file an amended complaint or a motion for default judgment, he should do so in Case Number 5:24-cv-437-MTT-CHW, which remains pending.  Plaintiff's motion for default judgment (ECF No. 14) may be terminated as moot.

**SO ORDERED**, this 18th day of March, 2025.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT